Joe of the Family Blessett
3118 FM 528 #346, Webster Texas 77598

Joseph of the Family Blessett (Man)
Injured Party

VS.

THE 42 U.S.C. §654(3) TEXAS OFFICE OF
ATTORNEY GENERAL GALVESTON COUNTY
CHILD SUPPORT ENFORCEMENT DIVISION
CUSTOMER SERVICE AND THE 45 CFR §302.34
CONTRACTORS THEREOF
DEFENDANTS



IV-D COLLECTIONS
CASE # 98FD0817

## NOTICE OF DISESTABLISHMENT OF PATERNITY
## DEMAND FOR DISMISSAL PURSUANT TO SEC.
## 466 42 U.S.C. §666 5(D)(iii) FRAUD and DURESS

COMES NOW, Joe of the Family Blessett the injured party who notifies the
42 U.S.C. §654(3) Texas Office of Attorney General, Division of Child Support
Customer Service, Galveston County and the 45 CFR §302.34 contractors thereof, of
the disestablishment of paternity and demand for termination of the above IV-D
collections case on the basis of SEC. 466 42 U.S.C. §666 5(D)(iii) fraud and duress.

### PROPER STATUS OF INJURED PARTY

A. The injured party is perfecting, asserting, and exercising his guaranteed
inherent right to privacy pursuant to Article 1 Sec. 9, as nothing under IV-D
provisions supersedes or modifies the injured party's guaranteed right of privacy
because it is forbidden the constitution.

B. The injured party is a *man* the adult male of the *hu-man species* above the
age of puberty. Black's Law Rev. 4th Ed. Pg. 1112, created by the Creator of the universe,
Genesis 1;26, equally free and independent.

C. Free means, "*not subject to*" the "legal" constraint of another,
unconstrained having power to follow the dictates of his own free will. Black's Law 4th

1

Rev. Ed. Pg.791, and independent, means not dependent, *"not subject to"* control, restriction, modification or limitation from a given **outside source.** Black's Law 4th Rev. Ed. Pg. 911.

D. Therefor under Article 1 Sec 19 the courts shall be open for the injury done me in my lands, goods, person or reputation, and I shall have remedy by due course of law, and right and justice administered without sale, denial or delay.

## IDENTITY OF OUTSIDE SOURCE

I. Beit now known that the 42 U.S.C. §654(3) Texas Office of Attorney General, Division of Child Support Customer Service, Galveston County and the 45 CFR §302.34 contractors thereof under the executive branch, are "DEEMED" by prima faci evidence a private business, and the outside source the injured party is NOT SUBJECT TO!

www.texasattorneygeneral.gov/cs/about-the-child-support-program
CHILD SUPPORT DIVISION MISSION STATEMENT; Attorney General employees will perform their duties in a friendly fashion to maximize "**customer**" satisfaction. All activities conducted within the Child Support Division, are designed to support the priorities of "**Customer Service**".

II. Pursuant to the federal child support enforcement program sec. 8 pg. 47 every federal agency is responsible for responding to a State Child Support Enforcement Program as if it were a private business.

III. A customer is one who regularly or repeatedly makes purchases or has business dealings with a tradesman or business house. Black's Law Rev. 4th Ed. Pg. 462.

IV. Customer service is the provision of service to customers before, during and after a purchase, concerns the priority an organization assigns to customer service relative to product innovation and pricing, and plays an important role in an organization's ability to generate income and revenue.

V. Further proof of this private business is published on the face of Dear Colleague Letter DCL-09-04 "the federal office of child support enforcement (OCSE) is in a partnership with the states".

- Partnership: an association between two or more "persons" to carry on as co-owners of a business for profit. Black's Law Rev. 4th Ed. Pg. 1227.

VI. In accordance with the Federal Child Support Enforcement Program Sec. 8 pg. 73, the fifth stream of child support financing is money obtained through application fees and costs.

VII. Therefore, prima faci evidence proves that the OAG and its contractors are nothing more than a corporation that offers and sells IV-D services to customers. See Clearfield Trust vs. United States, 318 U.S. 363, 369 (1943), the U.S. Supreme Court stated that "governments descend to the level a mere private corporation, and takes all the character of a mere private citizen where private commercial paper, notes & securities are concerned, for purposes of suit such corporations and individuals are regarded as an entity entirely separate from the government.

- See also United States vs. National Exchange Bank of Baltimore, 270 U.S. 527, 536 (1926), Perry v. United States, supra at 352 (1935), United States v. Bostwick, 94, U.S. 53, 66 (1877), Cook v. United States, 91, U.S. 389, 398 (1875), United States vs. Burr 309 U.S. 242.

VIII. The above is also a direct violation of Article 4 Sec. 22. The Attorney General shall take such action in the courts as may be proper and necessary to prevent any private corporation from exercising any power or demanding or collecting any species of taxes, tolls, freight or wharfage not authorized by law. There are no IV-A loans subject to IV-D collections and as such the current collection scheme is not authorized by law and the above IV-D case must be terminated by OAG.

## IV-D PATERNITY FRAUD

1. The essential elements of this claim of SEC. 466 42 U.S.C. §666 5(D)(iii) fraud and duress stems from the Texas purposely concealing the legal consequences of voluntarily establishing paternity through marriage, and intentionally representing statements that are misleading and falsely advertised.

2. The OAG knows that IV-D is not for the best interest of children, and that children have no inherent right to IV-D services, but makes this representation with the intent to defraud for the purpose of inducing present and potential customers to rely upon it for Texas' eligibility to receive the five major sources of federal profits. This conduct by the OAG constitutes fraud because of the

intentional concealment, and misrepresentation of material facts by falsely advertisement.

3. For purpose of suit, fraud is a crime of deliberate deception to secure unfair or unlawful gain which resulted in the deprivation of my inherent rights. The nefarious end result of paternity fraud is profit and gain Texas to receive the five major streams of federal profits by SEC. 466 42 U.S.C. §666 5(D)(iii) fraud and duress.

4. False advertising is any published claim that is deceptive or untruthful. Misleading advertising is any published claim that gives a consumer an incorrect understanding of the product or service they are interested in purchasing or using. Thus the false and misleading advertising by the OAG for offering IV-D services resulted in the injury.

5. Prima faci evidence proves an act of collusion between Congress and Texas under 31 U.S.C. §6305(1) ex contractu for profit by fraudulently inducing the injured party under duress into voluntarily acknowledge paternity that resulted in an adhesion contract to preform to pay or suffer the purposely concealed legal consequences. The injured party thus satisfies Sec. 466 42 U.S.C. §666 (5)(D)(iii) burden of proof that the OAG and its contractors under the executive branch committed fraud and duress by concealment of material facts, false advertisement, false statements, lies and undue influence, under color of law.

- Collusion: an agreement between two or more "persons" to defraud a person of his rights by the forms of law, or to obtain an object forbidden by law. Black's Law Rev. 4th Ed. Pg. 331.

## HISTORY OF IV-D FRAUD

6. In 1950 the Federal Government took its first steps into the child support arena. Congress amended the (AFDC) law by requiring State welfare agencies to notify law enforcement officials when benefits were being furnished to a child who had been abandoned by one of his or her parents. Local officials would then "undertake" to locate non-custodial pa-rents and "make them pay child support".

- Undertake: an engagement by one of the parties to a **contract** to the other as distinguished from a mutual engagement of the parties to each other. Black's Law Rev. 4th Ed. Pg.1696.

4

7. The Child Support Enforcement and Paternity Establishment program, enacted in 1975, was a scheme by Congress to establish paternity for children born outside marriage, and obtaining support from noncustodial pa-rents on an ongoing basis for profit.

8. Therefore, the 1975 legislation P.L. 93-647 added part D to title IV of the Social Security Act. This statute, as amended, authorizes federal matching funds to be used for locating nonresident pa-rents, establishing paternity, establishing child support awards enforcing support obligations, and collecting child support payments.

9. The federal statute requires the national child support program to be administered by a separate organizational unit under the control of a person designated by and reporting directly to the Secretary of the 28 U.S.C. §3002 (15)(a) U.S. Department of Health and Human Services (HHS) under the executive branch. Presently, this office is known as the Federal Office of Child Support Enforcement (OCSE).

10. OCSE also provides, under a contract with the American Bar Association Child Support Project, training and information dissemination on legal issues to persons working in the field of child support enforcement. Special initiatives, such as assisting major urban areas in improving program performance, also have been undertaken by OCSE. Lawyers purposely conceal this fact to clients who hire them assistance with child support issues, that's also fraud.

466 (5)(D)(iii) FRAUD AND DURESS YIELDS FEDERAL PROFITS

11. Accordingly, the fourth stream of child support profits are federal incentive payments. The 28 U.S.C. §3002(15)(a) provides Texas with an incentive payment to encourage the effective operation of IV-D programs. P.L. 105-200, the Child Support Performance and Incentive Act is the cost-neutral system of incentive payments that provides incorporation of five "performance" "measures" related to the cost-effectiveness of establishment of paternity and child support orders, and an incentive payment formula weighted in favor of TANF and former TANF families.

12. However, the system caps the federal incentive pool, thereby forcing Texas for the first time to compete against each other for incentive dollars. Under the new incentive system, Texas may be eligible to receive an incentive payment for good "performance". The incentive payment no longer comes out of the gross federal share of child support collected on behalf of TANF families. Instead, the Child Support Performance and Incentive Act requires the Secretary of HHS to make incentive payments to Texas.

- Perform: to perform a "contract", to execute, fulfill, or accomplish it according to its terms. Black's Law Rev. 4th Ed. Pg.1296.

13. Accordingly, voluntary paternity establishment is a prerequisite for obtaining a child support order, and without it a man does not succeed to the status of legal father and has no duty of support, children have no legal claim on a legal father's income, custodial pa-rents have no 45 CFR §302.50 legal rights to assign, and as such there would be no jurisdiction to collect, and Texas will be ineligible to receive the five major streams of federal profits.

- Succeed: Devolution from title to property under the law of distribution. Black's Law Rev. 4th Ed. Pg. 1599.

14. Because paternity establishment is a prerequisite to be eligible for the fourth stream of federal profits, there are three nefarious schemes employed by the OAG in obtaining it. (1) P.L. 103-66 voluntary acknowledgement; (2) voluntary, or under duress genetic testing, and (3) marriage which are all under P.L. 103-66 admissible as evidence of paternity.

15. However, if there is no voluntary acknowledgement or open admission of paternity, marriage or voluntary DNA an administrative officer under the executive branch will by duress, under color of 45 CFR §303.5 (d)(1) order all parties to "submit to" genetic testing and will issue an "administrative" non judicial paternity order based on the outcome of the genetic test.

16. Congress took action to improve the paternity establishment scheme in the Omnibus Budget Reconciliation Act of 1993 P.L. 103-66. This required Texas to have in effect, by October 1, 1993, a simple civil process for voluntarily acknowledging paternity under which the 42 U.S.C. §654(3) must explain the

rights, responsibilities, and legal consequences. See also 45 CFR §303.101(c)(2), the due process rights of the parties involved must be protected.

17. A presiding officer is an administrative officer of the Article 4 Executive Branch 42 U.S.C. §654(3) generally one of inferior rank, legally a ministerial or "executive official" as distinguished from a judicial officer. Black's Law Rev. 4th Ed. Pg, 67. The function of this inferior officer in paternity cases at 45 CFR §303.101(d)(5) is fraudulently ordering genetic tests in contested paternity cases under color of 45 CFR §303.5(d)(1). However, by case law and virtue of definition said authority to order is executed by fraud in accordance with Article 1 Sec 2, and Article 2 Sec. 1.

- See Chevron U.S.A., Inc. vs. Natural Resources Defense Council Inc., 467 US 837 (1984) (reasonable agency interpretations entitled to judicial deference). It is unlikely that agency regulations are by themselves sufficient to create enforceable rights because Congressional intent has always been the linchpin of enforceable rights analysis.
- Article 2 Sec. 1. The powers of the Government of the State of Texas shall be divided into three distinct departments, each of which shall be confided to a separate body of magistracy, to wit: Those which are Legislative to one; those which are Executive to another, and those which are Judicial to another; and no person, or collection of persons, being of one of these departments, shall exercise any power properly attached to either of the others;

18. If either party fails to submit to the DNA test or fails to submit the child for genetic testing, a 42 U.S.C. §654(3) inferior executive officer will request the 45 CFR §302.34 contracted ~~court~~ to find the party in contempt and involuntarily determine the issue of paternity. Since P.L. 103-66 requires the voluntarily acknowledging paternity the request of finding the party in contempt constitutes "duress".

- Duress: the "threat" of harm made to compel a person to do something against his or her will or judgment; esp., a wrongful threat made by one person to compel a manifestation of seeming assent by another person to a transaction without real volition".

19. Because genetic testing is essential to establish paternity in order to meet federal time frames to obtain the fourth stream of federal profits it occurs by threat of incarceration after an alleged father declines to voluntarily acknowledge paternity, at this juncture the P.L. 103-66 requirement of voluntary acknowledgement devolves to involuntary under (5)(D)(iii) fraud and duress.

- See Powel v. Betchel, 340 Ill. 330, 172, N.E. 765,768. "Undue Influence is any improper or wrongful constraint, machination, or urgency of persuasion whereby the will of a person is over powered and he is induced to do or forbear an act which he would not do or would do if left to act freely". Black's Law Rev. 4th Ed. Pg.1697.

20. The statement advertised by the OAG that "a child has a right to support" is a flat out habitual lie, and false advertisement as described by the high courts. See Oliphant vs. Bradley, 1992 US Dist. LEXIS 8975 at *23 (N D IIM19 92). "In this regard, the court agreed with the finding in Oliphant, slip op. at 16, that Title IV-D does not require participating states to provide child support services to AFDC applicants the state, like other states which have "voluntarily" agreed to participate in the AFDC program are required to offer child support services as a condition of receiving federal funding.

- First Stream: Funding allocated by the State and/or localities.
- Second and Largest Stream of Money: 66% FFP
- Third Stream: Child support collections.
- Fourth Stream: Federal incentive payments.
- Fifth Stream: Money obtained through application fees and costs.

21. Therefore, IV-D guidelines adopted by Texas require the mandatory establishment of paternity rendering the underlying facts of the original presumptions void because the presumptive IV-D collection percentages are based on paternity establishment which is obtained by concealment which is fraud.

22. Pursuant to 45 CFR §302.50 by accepting cash or medical assistance loans, women with children "must" assign all "legal rights" (springing from a contract) to support to Texas from any person. The purpose of the assignment scheme is to reimburse state government for assistance loans to needy women of children under 42 U.S.C. §666(a)(4)(a) operation of law which creates a "debt" due from the noncustodial pa-rent in the amount of the extended IV-A loan.

- Operation of law is the manner of which rights and sometimes liabilities develop upon a person by mere application to the particular *transaction* of the established rules of law without the act or cooperation of the party himself. Black's Law Rev. 4th Ed. Pg. 1243.

23. Assignment of support rights scheme is the color of legal procedure by which a person receiving public assistance agrees to turn over to the state or tribe any "legal right" (contract) to child support, including arrearages, paid by the noncustodial pa-rent in exchange for receipt of a cash assistance grant and other benefits. Texas can then use a portion of child support to defray or recoup the public assistance expenditure. However, without paternity voluntarily established this cannot exist.

24. Paternity establishment fraud allows for the most important scheme for IV-D collections, wage withholding. Texas knowing this blatantly violate the no slavery/involuntary servitude prohibition by forcing men to work to pay them:

- P.L. 104-193 Title III Child Support, Sec. 365. WORK REQUIREMENT FOR PERSONS OWING PAST-DUE CHILD SUPPORT. (a) In General. Section 466(a) (42 U.S.C. 666(a)(15) Procedures to ensure that persons owing past-due support work or have a plan for payment of such support. (A) In general. Procedures under which the State has the authority, in any case in which an individual owes past-due support **with respect to a child receiving assistance under a State program funded under part A,** to issue an order or to request that a court or an administrative process established pursuant to State law issue an order that requires the individual to(i) pay such support in accordance with a plan approved by the court, or, at the option of the State, a plan approved by the State agency administering the State program under this part.

25. Paternity establishment fraud requires the false and misleading statement that child support is for the best interest of children by the OAG. This lie has been exposed by the high courts who have consistently ruled that Title IV-D creates no enforceable rights for women or children because they are not the intended beneficiaries of that statute.

- See Wehunt v Ledbetter, mothers of children with absent fathers brought suit under § 1983 against the Georgia Department of Health and Human Services for its failure to establish the paternity of their children and secure child support on their behalf; The Eleventh Circuit held that "Title IV-D does not create enforceable rights on behalf of needy families with children because they are not the intended beneficiaries of the statute." The court reasoned that the primary purpose of Title IV-D was to recoup the state's welfare expenditures on behalf of needy families by collecting child support from absent parents. While the AFDC program itself was intended to benefit needy families with children, Title IV-D was intended to benefit the public treasury and taxpayers by reducing the present and future welfare rolls. "The court pointed to the legislative history of Title IV-D".
- See Wilder, 496 US at 509-10, quoting Golden State Transit Corp. v Los Angeles, 493 US 103, 106 (1989). Id at 510. The Court in Golden State suggested in dictum that a statute does not create enforceable rights if the benefit to the plaintiffs is merely incidental 493 US at 109. Even if the Court were to adopt such an exception to the enforceable rights analysis it would not affect the determination of whether Title IV-D creates enforceable rights on behalf of needy families with children.
- See Blessing, supra, 520 U.S. at 343, 117 S. Ct. at 1361, 17 L. Ed. 2d at 584. The United States Supreme Court found defendant's action did not assert a violation of a federal right explaining: "The requirement that a State operate its child support program in "substantial compliance" with Title IV-D was not intended to benefit individual children and custodial parents, and therefore it does not constitute a federal right. Far from creating an individual entitlement to services, the standard is simply a yardstick for the Secretary to measure the systemwide performance of a State's Title IV-D program. Thus, the Secretary must look to the aggregate services provided by the State, not to whether the needs of any particular person have been satisfied.
- Carelli v Howser, the Sixth Circuit Court noted, "Title IV-D establish an elaborate system for providing mandated services, recapturing funds, meeting performance indicators, and auditing state compliance".
- Id at 1565 "the goal of Title IV-D was to immediately lower the cost to the taxpayer as well as to lessen the number of families enrolling in welfare in the future-benefits to society as a whole rather than specific individuals".
- Id. at 345, 117 S. Ct. at 1362, 137 L. Ed. 2d at 585. While the Court did "not foreclose the possibility that some provisions of Title IV-D give rise to individual rights," it emphasized that plaintiffs must be able to "identify with particularity the rights they claimed."

26. Therefore, in sum the lack of an enforceable right in Title IV-D for families requires the conclusion that Congress neither expressly nor impliedly intended to create a private right of action under that statute, and also did not create rights entitled to protection under the due process clause.

- See Sullivan v. Stroop (1990) Page 496 U. S. 482. "Child support throughout Title IV of the Social Security Act and its amendments as a term of art referring exclusively to payments from absent parents. This being the case, we need go no further. If the statute is clear and unambiguous that is the end of the matter, for the court, as well as the agency, must give effect to the unambiguously expressed intent of Congress. In ascertaining the plain meaning of the statute, the court must look to the particular statutory language at issue, as well as the language and design of the statute as a whole".

27. P.L. 103-66 and 45 CFR §303.101(c)(2) requires an explanation of the legal consequences of voluntarily acknowledging paternity which must meet and satisfy due process requirements. However, it is the general practice for the OAG and its 45 CFR §302.34 contractors to commit fraud by concealing that by signing the certificate of parentage, marriage license, or submitting DNA is legally assuming a financial obligation imposed and must "perform" to pay or suffer the following legal consequences:

- Wage withholding, liens on property; offset of unemployment compensation payments; seizure and sale of personal or real property; reporting arrearages to credit agencies to prevent the undeserved extension of credit; seizure of State and Federal income tax refunds; revocation of various types of licenses (driver's, business, occupational, recreational), attachment of lottery winnings and insurance settlements of debtor parents; requirement that recipients of financial assistance from the Small Business Administration, including direct loans and loan guarantees, must certify that the recipient is not more than 60 days delinquent in the payment of child support, authority to seize assets held by public or private retirement funds and financial institutions; deprivation of a debtor to a fresh start to discharge a debt completely, pay a percentage of the debt, or pay the full amount of the debt over a longer period of time because debts for child support and alimony are not dischargeable, and State or Federal imprisonment, fines or both.

28. OAG purposely does not disclose any of the above consequences verbally, or on any written materials that by voluntarily acknowledging paternity a man is waiving his inherent rights by consenting to succeed to the status of legal father upon whom a duty of support is imposed and if he does not "perform", the 45 CFR §302.34 contracted court will under Article Sec. 18 will imprison him for debt founded upon contract on the basis of fraud.

29. Therefore, by purposely concealing the legal consequences of voluntarily acknowledging paternity, marriage license or submitting DNA, OAG violated P.L.

103-66, and 45 CFR §303.101(c)(2) which requires strict adherence to the due process clause, and committed fraud and deceit of material facts which arose from silence where there was a duty to speak the truth, as well as from speaking an untruth". Morrison v. Codington, 662 P. 2d. 155, 135 Ariz. 480 (1983).

## FELONY COMPELLED USE OF SSN

30. In the 1997 Balanced Budget Act P.L. 105-33, Congress required Texas to implement procedures compelling the use of SSN's. Pursuant to the Federal Child Support Enforcement Program Sec. 8 pg. 15 the SSN is the "key" piece of information around which the child support information system is constructed. Computer searches "need" the SSN in order to operate effectively.

- 45 CFR 302.70(a)(5)(iii)(D) **requires** that voluntary acknowledgment forms include lines for parents' social security numbers.
- Social Security Act 42 U.S.C. §666(a)(13), you are **required** to disclose Social Security numbers to the child support agency for the purposes of establishing paternity and establishing, modifying, and enforcing support obligations and other child support enforcement activities.
- PRWORA, P.L. 104-193 of 1996; Each party is **required** to provide his or her social security number in accordance with Title IV-D program for child support enforcement.
- Require: to direct, order, demand instruct, command, claim, "compel" request, need, exact. Black's Law Rev. 4th Ed. Pg. 1469.

31. The word "key" means an indefinite description of "property" made certain. Black's Law Rev. 4th Ed. Pg. 1008. This of course referencing 20 CFR §422.103(d) that social security cards name's and account number are the "property" of the SSA and you "must" return it upon request.

32. Therefore, requirement of a SSN by Texas is a felony pursuant to 42 U.S.C. §408 Penalties(a)(8) In general; whoever compels the disclosure of the social security number of any person in violation of the laws of the United States; or conspires to commit any offense described in any of paragraphs (1) through (4), shall be guilty of a felony.

## PATERNITY FRAUD MEANS DENIAL
## OF EQUAL PROTECTION OF THE LAWS

33. Pursuant to the Federal Child Support Enforcement Program Sec. 8 pg. 21 child support literature generally concludes that the judicial process offers several advantages, especially by providing more adequate protection for the legal

rights of the custodial pa-rent" by offering a wide range of enforcement remedies, such as civil contempt and incarceration against legal fathers, this is done under the guise of show of cause hearings.

34. Concealment is fraud and a crime, contrary as well as inconsistent both to the constitutional Article 1 Sec. 3, and 3a as well as Sec. 19 the due process clause as well as common sense thus rendering the imposed IV-D payments by fraud is now constitutionally biased toward the injured party as follows:

- Paternity fraud results in unjust enrichment in which BEVERLY BLESSETT and OAG contractors are enriched at the expense of the injured party in which the law treats as unjust because said receive a huge financial windfall, and thus forces injured party into poverty while said enjoy a notably higher standard of living;
- Paternity fraud requires the injured party to pay out a significant amount of his income before tax income to BEVERLY BLESSETT whom this money is tax free.
- BEVERLY BLESSETTs' income is now considerably increased, and she now has the tax advantages attendant to being a custodial pa-rent.
- Paternity fraud leaves the injured party with less income than needed for basic living needs, and creates a devastating financial burden upon him.
- Paternity fraud caused the injured party to incur substantial costs that does not require the BEVERLY BLESSETT to contribute to.
- Paternity fraud under IV-D provisions against the injured party was initiated for the purpose of Texas continuing to receive the five major streams of federal funding.

## PATERNITY FRAUD LEADS TO IDENTITY THEFT

35. Pursuant to the Federal Child Support Enforcement Program Sec. 8 pg. 14. In pursuing cases, child support officials try to obtain a great deal of information and several documents from the custodial pa-rent or other sources. These include the SSN, information about income and assets that might help locate the noncustodial pa-rent. Once this information is provided, it is illegally used.

36. Therefore, paternity fraud including identity theft was committed by OAG, BEVERLY A. BLESSETT or both, based on the fact that said did use the injured party's personal identifying information, name, SSN account number, without his permission in order to establish paternity involuntarily in order to gain a financial advantage in the injured party's name to his disadvantage and loss.

## THOSE WHO DO NOT DENY, ADMIT!

37. The above the process describes how the 42 U.S.C. §654(3) OAG enters into 45 CFR §302.34 contracts with Texas government entities to receive the 5

major streams of federal profits through paternity fraud by concealing material facts the law requires disclosed, and by inducing men to voluntarily acknowledge paternity, and forcing them to volunteer under the threat of incarceration if they do not.

38. The OAG and its 45 CFR §302.34 contractors attempting to deny the proof of paternity fraud provided hereupon must respond with prima faci evidence to the contrary twentyone (21) days after receipt of this affidavit. Pursuant to equal protection of the law, 45 CFR §303.101(d)(4) states that a default judgement can where the OAG does not respond to service within the specified time. This rule simply requires a showing of service of process in accordance with State law and any additional showing required by State law.

39. Satisfying the burden of proof that paternity fraud and duress by false advertising, false and misleading statements, concealment, involuntary servitude, denial of equal protection of the law, violation of due process clause, identity theft, felony compelled use of a social security card name and account number to establish paternity in order for Texas to receive the five streams of federal profits by concealment, undue influence, under the color of law, the 42 U.S.C. §654(3) OAG umbrella agency, private business and the 45 CFR §302.34 contractors thereof, voluntary acknowledgement, DNA, marriage are now void and inadmissible as evidence of paternity.

## CONCLUSION

40. The stigma attached to injured party in connection with IV-D paternity fraud leading to his injuries was the consequence of a 31 U.S.C. §6305(1), contract between the federal and Texas corporate government, the official conduct of the OAG and its 45 CFR §302.34 contractors under 45 CFR §303.107 caused the deprivation of the injured party's inherent rights in violation of section 42 U.S.C. §1983.

41. Therefore, on the basis of the above prima faci fraud and duress, paternity shall be disestablished, and the injured party's name shall be removed from the face of the birth certificate as the legal father of the alleged child, and the

13

injured party shall not be subject to a duty of support, day care and or medical insurance for the alleged child as it is hereby ordered that the injured party's Demand to Dismiss the above IV-D collections case, on the basis of SEC. 466 42 U.S.C. §666 5(D)(iii) fraud and duress is hereby GRANTED.

## REMEDY BY DUE COURSE OF LAW

42. If law gives anything it must give remedy. Therefore, it is hereupon demanded in addition to the above case dismissal that ALL monies voluntary or involuntary paid, intercepted and or embezzled through deceptive collection schemes from the injured party shall be refunded to him in full with interest along with the States federal profits from said case

## LOSS OF SOVEREIGN IMMUNITY

43. The 42 U.S.C. §654(3) OAG and the 45 CFR §302.34 contractors thereof defense of 11th amendment of sovereign immunity is hereby waived to this action *ex contractu* entered into by Texas, its departments and agencies. Ex contractu, Latin for "from a contract," is the legal term that indicates a consequence of a contract. Since the OAG and the 45 CFR §302.34 contractors under the executive branch receive five major sources of federal funding, they cannot claim sovereign immunity when the injured party sues them in federal court for discrimination and deprivation of rights under color of law. See *Monell v. New York City Dept. of Social Services,* 436 U. S. 658.

## AFFIDAVIT

The injured party Joe of the Family Blessett, testifies that the facts throughout the entirety of this Demand for Dismissal are true and set forth as law.

## CERTIFICATE OF SERVICE

The injured party certifies that this 14-page Demand for Dismissal on the basis of SEC. 466 42 U.S.C. §666 5(D)(iii) fraud and duress has been deposited with the Galveston County Clerk of Court, and by certified mail to the 42 U.S.C. §654(3) Texas Office of Attorney General, Division of Child Support Customer Service, Galveston County and the 45 CFR §302.34 contractors thereof, on __ of April, 2017

Joe of the Family Blessett

_____

3118 FM 528 #346
Webster, Texas 77598
Ph. 281-667-1174