

**Prompt Process Service & Investigations**
P.O. BOX 2338 GALVESTON, TX 77553-2338
CELL: 409.771.0535   E-MAIL: g@ppservetx.com

JOSEPH BLESSETT
3118 FM 528 #346                                    6-2-2017
WEBSTER, TX. 77598

FIRM: JOSEPH BLESSETT - PRO SE

RECD: 5-24-2017

ATTORNEY: JOSEPH BLESSETT

ADDRESS: 3118 FM 528 #346

CITY, STATE, ZIP: WEBSTER, TX. 77598

PHONE: 281 667-1174

CAUSE NO: 3:17-CV-164 - USDC

ACCT NO: 17-3874

PLAINTIFF: JOSEPH C. BLESSETT

DEFENDANT: DIANNA M. MORTON (LEAD ATTNY) TEXAS OFFICE OF

CITATION: SUMMONS IN CIVIL ACTION

SERVICE DATE: 5-27-2017

TIME: 10:21 AM

LOCATION: P.O. BOX 12017, AUSTIN TX. 78711-2548

SERVED: OFFICE OF ATTORNEY GENERAL CHILD SUPPORT DIVISION

DESCRIPTION: ACCEPTED BY THE ATTORNEY GENERAL - MAIL CENTER

SERVER: PUCCETTI

MILES: 14

NOTE: CERTIFIED MAIL # 7015 1520 0000 4147 7301

TOTAL DUE: $90.00

STATUS: PAID

United States Courts
Southern District of Texas
FILED

JUN - 8 2017

David J. Bradley, Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

JOSEPH C BLESSETT

Plaintiff(s)

v.

OFFICE OF ATTORNEY GENERAL CHILD SUPPORT DIVISION

Defendant(s)

Civil Action No. 3:17-cv-164

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
OFFICE OF ATTORNEY GENERAL CHILD SUPPORT DIVISION
P O BOX 12017
AUSTIN TEXAS 78711-2548

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOSEPH C BLESSETT
3118 FM 528 #346
WEBSTER, TEXAS 77598

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT **DAVID J. BRADLEY**

Date:

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*.

☐ I personally served the summons on the individual at *(place)*

    on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

    , a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

    on *(date)* ; or

☐ I returned the summons unexecuted because     ; or

☐ Other *(specify)*:

My fees are $    for travel and $    for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date

        *Server's signature*

        *Printed name and title*

        *Server's address*

Additional information regarding attempted service, etc:

**AFFIDAVIT ATTACHED**

# AFFIDAVIT OF PERSONAL SERVICE

**State of Texas**  **Southern District**  **United States District Court**

Civil Action Number: **3:17-CV-164**

**JOSEPH C. BLESSETT**

VS.

**DIANNA M. NORTON - (LEAD ATTORNEY) TEXAS OFFICE OF ATTORNEY GENERAL GALVESTON COUNTY CHILD SUPPORT ENFORCEMENT DIVISION**

For:
JOSEPH C. BLESSETT
3118 - FM 528 # 346
WEBSTER, TX. 77598

Received by **PROMPT PROCESS SERVICE** on the **24TH** of **MAY, 2017 at 5:03 PM** to be served on **OFFICE OF ATTORNEY GENERAL (CHILD SUPPORT DIVISION) at P. O. BOX 12017, AUSTIN TX 78711-2548.**

I, **GILBERT L. GOMEZ**, being duly sworn, depose and say that I served **OFFICE OF ATTORNEY GENERAL (CHILD SUPPORT DIVISION)** at the listed dates and times;

**MAY 25, 2017 @ 12:01 PM** - I WENT TO THE US POSTOFFICE WHERE I MAILED A COPY OF THE **SUMMONS IN A CIVIL ACTION ALONG WITH A COPY OF NOTICE OF DISESTABLISHMENT OF PATERNITY DEMAND FOR DISMISSAL PURSUANT TO SEC. 466 42 U.S.C. )666 5(D)(iii) FRAUD AND DURESS ALONG WITH ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES TO OFFICE OF ATTORNEY GENERAL (CHILD SUPPORT DIVISION) BY REGULAR MAIL AND CERTIFIED MAIL # 7015 1520 0000 4147 7301 at P. O. BOX 12017, AUSTIN TX. 78711-2548** IN COMPLIANCE WITH STATE STATUES.

**JUNE 2, 2017 - 2:55 PM** - I RECEIVED THE GREEN CARD FOR **CERTIFIED MAIL # 7015 1520 0000 4147 7301** MAILED TO **OFFICE OF ATTORNEY GENERAL (CHILD SUPPORT DIVISION) AT P. O. BOX 12017, AUSTIN TX. 78711-2548** WHICH WAS ACCEPTED BY THE MAIL CENTER OF THE ATTORNEY GENERAL OFFICE ON MAY 30, 2017 @ 8:29 AM.

I CERTIFY THAT I AM OVER THE AGE OF 18 AND HAVE NO INTEREST IN THE ABOVE ACTION. I AM A PROCESS SERVER IN GOOD STANDING WITH THE SUPREME COURT OF TEXAS. I AM PERSONALLY ACQUAINTED WITH THE FACTS HEREIN STATED, WHICH ARE TRUE AND CORRECT

Signed under oath before me on 6/8 , 2017

GILBERT L. GOMEZ - SCH1939
EXP. DATE - 3/31/2018

Notary Public - State of Texas



GLORIA L. GOMEZ
Notary Public, State of Texas
Comm Expires 10-25-2020
Notary ID 129179618

PROMPT PROCESS SERVICE
P.O. BOX 2338
GALVESTON, TX. 77553

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove X

**Tracking Number:** 70151520000041477301

▶ ▶ ▶ **Delivered**

**Updated Delivery Day:** Tuesday, May 30, 2017 ⓘ
## Product & Tracking Information

See Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™
Return Receipt

See tracking for related item: 9590940210655383802571 (/go/TrackConfirmAction?tLabels=9590940210655383802571)

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 30, 2017, 8:29 am** | **Delivered** | **AUSTIN, TX 78711** |
| | Your item was delivered at 8:29 am on May 30, 2017 in AUSTIN, TX 78711 | |
| May 27, 2017, 10:21 am | Available for Pickup | AUSTIN, TX 78711 |
| May 27, 2017, 10:09 am | Arrived at Unit | AUSTIN, TX 78701 |
| May 26, 2017, 11:49 pm | Departed USPS Facility | AUSTIN, TX 78710 |
| May 26, 2017, 2:32 pm | Arrived at USPS Destination Facility | AUSTIN, TX 78710 |
| May 25, 2017, 6:36 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| May 25, 2017, 12:00 pm | Acceptance | LEAGUE CITY, TX 77573 |

See Less ∧

## Available Actions

Text Updates ∨

Email Updates ∨

See Less ∧

USPS TRACKING #

9590 9402 1605 5362 8925 71



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

PROMPT PROCESS SERVICE
P. O. BOX 2336
GALVESTON, TX. 77553-2336

---

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

1. Article Addressed to:

Office of Attorney General
c/o Child Support Division
P.O. Box 12017
Austin, TX. 78711-2548

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
MAIL CENTER
MAY 30 2017
OFFICE OF THE
ATTORNEY GENERAL

9590 9402 1605 5362 8925 71

2. Article Number (Transfer from service label)
7015 1520 0000 4147 7301

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

