

**Prompt Process Service & Investigations**

P.O. BOX 2338 GALVESTON, TX 77553-2338

CELL: 409.771.0535  E-MAIL: g@ppservetx.com

---

JOSEPH BLESSETT

3118 FM 528 #346

WEBSTER, TX. 77598

6-3-2017

United States Courts
Southern District of Texas
FILED

JUN – 8 2017

David J. Bradley, Clerk of Court

FIRM: JOSEPH BLESSETT - PRO SE

RECD: 5-26-2017

ATTORNEY: JOSEPH BLESSETT

ADDRESS: 3118 FM 528 #346

CITY, STATE, ZIP: WEBSTER, TX. 77598

PHONE: 281 667-1174

CAUSE NO: 3:17-CV-164 - USDC

ACCT NO: 17-3901

PLAINTIFF: JOSEPH C. BLESSETT

DEFENDANT: DIANNA M. MORTON (LEAD ATTNY) TEXAS OFFICE OF

CITATION: SUMMONS IN CIVIL ACTION

SERVICE DATE: 6-1-2017

TIME: 2:14 PM

LOCATION: 5300 - FM 2004, LAMARQUE TX. 77568

SERVED: OFFICE OF ATTORNEY GENERAL - CHILD SUPPORT DIVISION

DESCRIPTION: PERSONAL, REGULAR & CERTIFIED MAIL SERVICE

SERVER: PUCCETTI

MILES: 14

NOTE: CERTIFIED MAIL # 7016 1970 0000 1801 7820

TOTAL DUE: $90.00

STATUS: PAID

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

JOSEPH C BLESSETT

Plaintiff

v.

TEXAS OFFICE OF ATTORNEY GENERAL
GALVESTON COUNTY CHILD SUPPORT
ENFORCEMENT DIVISION

Defendant

Civil Action No. 3:17-cv-00164

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
TEXAS OFFICE OF ATTORNEY GENERAL GALVESTON COUNTY CHILD
SUPPORT ENFORCEMENT DIVISION
5300 FM 2004
LA MARQUE, TEXAS 77568

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JOSEPH C BLESSETT
3118 FM 528 #346
WEBSTER, TEXAS 77598

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   **DAVID J. BRADLEY**

Date:

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*.

☐ I personally served the summons on the individual at *(place)*

        on *(date)*     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

      , a person of suitable age and discretion who resides there,

on *(date)*    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    , who is

designated by law to accept service of process on behalf of *(name of organization)*

        on *(date)*     ; or

☐ I returned the summons unexecuted because      ; or

☐ Other *(specify)*:

My fees are $    for travel and $    for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date

                    *Server's signature*

                    *Printed name and title*

                    *Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT ATTACHED

## AFFIDAVIT OF PERSONAL SERVICE

State of Texas      Southern District      United States District Court

Civil Action Number: **3:17-CV-164**

**JOSEPH C. BLESSETT**

VS.

**DIANNA M. NORTON - (LEAD ATTORNEY) TEXAS OFFICE OF ATTORNEY GENERAL GALVESTON COUNTY CHILD SUPPORT ENFORCEMENT DIVISION**

For:
JOSEPH C. BLESSETT
3118 - FM 528 # 346
WEBSTER, TX. 77598

Received by **PROMPT PROCESS SERVICE** on the **26TH** of **MAY, 2017 at 11:53 AM** to be served on **OFFICE OF ATTORNEY GENERAL (CHILD SUPPORT DIVISION) at 5300 - FM 2004, LAMARQUE TX. 77568**.

I, **GILBERT L. GOMEZ**, being duly sworn, depose and say that I served **OFFICE OF ATTORNEY GENERAL (CHILD SUPPORT DIVISION)** at the listed dates and times;

**MAY 30, 2017 @ 9:59 AM** - I WENT TO THE US POSTOFFICE WHERE I MAILED A COPY OF THE **SUMMONS IN A CIVIL ACTION ALONG WITH A COPY OF NOTICE OF DISESTABLISHMENT OF PATERNITY DEMAND FOR DISMISSAL PURSUANT TO SEC. 466 42 U.S.C. )666 5(D)(iii) FRAUD AND DURESS ALONG WITH ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES TO OFFICE OF ATTORNEY GENERAL (CHILD SUPPORT DIVISION) BY REGULAR MAIL AND CERTIFIED MAIL # 7016 1970 0000 1801 7820 at 5300 - FM 2004, LAMARQUE TX. 77568** IN COMPLIANCE WITH STATE STATUES.

**MAY 30, 2017 @ 10:33 AM** - I WENT TO THE OFFICE OF ATTORNEY GENERAL LOCATED AT 5300 - FM 2004, LAMARQUE TX. 77568 TO SERVE THEY A COPY OF **SUMMONS IN A CIVIL ACTION ALONG WITH A COPY OF NOTICE OF DISESTABLISHMENT OF PATERNITY DEMAND FOR DISMISSAL PURSUANT TO SEC. 466 42 U.S.C. )666 5(D)(iii) FRAUD AND DURESS ALONG WITH ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES TO OFFICE OF ATTORNEY GENERAL (CHILD SUPPORT DIVISION)**. I SPOKE TO STEPHANIE GARCIA (RECEPTIONIST) WHO SAID SHE WAS AUTHORIZED TO ACCEPT THE DOCUMENTS ON BEHALF OF THE AG OFFICE. I SERVED STEPHANIE GARCIA THE DOCUMENTS AND SHE ACCEPTED THEM.

JUNE 5, 2017 @ 12:45 PM - I RECEIVED THE GREEN CARD FOR **CERTIFIED MAIL # 7016 1970 0000 1801 7820** MAILED TO **OFFICE OF ATTORNEY GENERAL (CHILD SUPPORT DIVISION)** AT **5300 - FM 2004, LAMARQUE TX. 77568** WHICH WAS ACCEPTED BY THE RECEPTIONIST OF THE ATTORNEY GENERAL OFFICE ON JUNE 1, 2017 @ 2:14 PM

I CERTIFY THAT I AM OVER THE AGE OF 18 AND HAVE NO INTEREST IN THE ABOVE ACTION. I AM A PROCESS SERVER IN GOOD STANDING WITH THE SUPREME COURT OF TEXAS. I AM PERSONALLY ACQUAINTED WITH THE FACTS HEREIN STATED, WHICH ARE TRUE AND CORRECT

Signed under oath before me on 6/8, 2017

GILBERT L. GOMEZ - SCH1939
EXP. DATE - 3/31/2018

Notary Public - State of Texas

GLORIA L. GOMEZ
Notary Public, State of Texas
Comm. Expires 10-25-2020
Notary ID 129179618

**PROMPT PROCESS SERVICE
P.O. BOX 2338
GALVESTON, TX. 77553**

2

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove X

**Tracking Number:** 70161970000018017820

▶ ▶ ▶ Delivered

**On Time**
**Updated Delivery Day:** Thursday, June 1, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™ Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| June 1, 2017, 2:14 pm | Delivered, Front Desk/Reception | LA MARQUE, TX 77568 |

Your item was delivered to the front desk or reception area at 2:14 pm on June 1, 2017 in LA MARQUE, TX 77568.

| | | |
|---|---|---|
| June 1, 2017, 8:45 am | Arrived at Unit | LA MARQUE, TX 77568 |
| June 1, 2017, 6:53 am | In Transit to Destination | |
| May 30, 2017, 11:53 pm | Departed USPS Facility | NORTH HOUSTON, TX 77315 |
| May 30, 2017, 8:26 pm | Arrived at USPS Facility | NORTH HOUSTON, TX 77315 |
| May 30, 2017, 9:58 am | Acceptance | LEAGUE CITY, TX 77573 |

See Less ∧

## Available Actions

Text Updates ⌄

Email Updates ⌄

See Less ∧

### Can't find what you're looking for?




9590 9402 1605 5362 8925 95

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box®

PROMPT PROCESS SERVICE
P. O. BOX 2336
GALVESTON, TX. 77553-2336



- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Texas Attorney General Office
C/o Child Support Enforcement Division
5300 - FM 2004
LaMarque, TX. 77568

9590 9402 1605 5362 8925 95

2. Article Number (Transfer from service label)
7016 1970 0000 1801 7820

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

C. Date of Delivery: 6-1-17

