United States District Court
Southern District of Texas
**ENTERED**
February 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOE BLESSETT, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> TEXAS OFFICE OF THE ATTORNEY § <br> GENERAL GALVESTON COUNTY § <br> CHILD SUPPORT ENFORCEMENT § <br> DIVISION, § <br> § <br> Defendant. § | CIVIL ACTION NO. 3:17-CV-164 |

## ORDER

The Court has issued its Memorandum Opinion and Order. Dkt. 60.

Accordingly, the Court hereby **ORDERS** that Defendant's Motion to Dismiss (Dkt. 21) is **GRANTED**.

All pending motions are hereby **DENIED as moot.**

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 13th day of February, 2018.

_____
George C. Hanks Jr.
United States District Judge